United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 02-20445
Conference Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAULO CESAR ESPINOZA-HERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-900-ALL
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Paulo Cesar Espinoza-Hernandez ("Espinoza") appeals the

sentence following his guilty plea for illegal reentry into the

United States following deportation.  Espinoza argues that his

prior conviction for possession of cocaine is not an aggravated

felony under the November 1, 2001, Sentencing Guidelines

§ 2L1.2(b)(1)(C).

Espinoza's arguments regarding the definitions of "drug

trafficking offense" and "aggravated felony" are foreclosed by

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

our decision in <u>United States v. Caicedo-Cuero</u>, 312 F.3d 697, 705-11 (5th Cir. 2002), <u>petition for cert. filed</u>, (U.S. Mar. 19, 2003) (No. 02-9747).  Accordingly, the district court did not err in assessing the eight-level upward adjustment.

AFFIRMED.